**IT IS SO ORDERED.**
/s/Solomon Oliver, Jr.
United States District Judge
10/5/2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RYAN MITCHELL, JR., and, <br> BRADY MISNER, on behalf <br> of themselves and others similarly <br> situated, <br><br>     Plaintiffs, <br><br> vs. <br><br> WGU CORPORATION, <br> (formerly known as, and also known as, <br> "Western Governors University") <br><br>     Defendant. | Case no.: 1:23-cv-1332-SO |

## STIPULATION OF DISMISSAL

COME NOW the two named Plaintiffs Ryan Mitchell, Jr., and Brady Misner along with Defendant WGU Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:

Plaintiff Ryan Mitchell, Jr.'s claims are hereby dismissed *without* prejudice. Plaintiff Brady Misner's claims are hereby dismissed *with* prejudice. All parties are responsible for their respective fees and costs incurred in this matter.

Respectfully submitted,



Brendan J. Donelon
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:     (816) 221-7100
Fax:    (816) 709-1044
brendan@donelonpc.com

*/s/ Daniel W. Craig*
Daniel W. Craig
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:    (314) 297-8385
Fax:    (816) 709-1044
dan@donelonpc.com

Attorneys for Plaintiffs

-and-

*/s/ Ben Thomassen*
Ben Thomassen (*pro hac vice*)
**ZwillGen PLLC**
1 North LaSalle Street, Suite 4600
Chicago, Illinois 60602
Direct: 202 706 5266
Office: 202 296 3585
ben.thomassen@zwillgen.com

Attorneys for Defendant